IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RASHAD C. LEE,                    )
                                  )
        Petitioner,               )
                                  )       CIVIL ACTION NO.
        v.                        )       2:19cv471-MHT
                                  )          (WO)
GWENDOLYN GIVENS, Warden,         )
et al.,                           )
                                  )
        Respondents.              )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Petitioner's objections (doc. no. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is dismissed without prejudice because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of July, 2019.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE